## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 17-21947-CIV-ALTONGA/Goodman

| | |
|---|---|
| MILLIE LAND, on behalf of herself, all others similarly situated, and the general public, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| UNIVERSAL HANDICRAFT, INC., d/b/a "Deep Sea Cosmetics" d/b/a "Adore Organic Innovations;" and SHAY SABAG SEGEV, | ) ) ) ) ) |
| Defendants. | ) ) ) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Millie Land hereby dismisses her claims against Defendant Universal Handicraft, Inc. and Shay Sabag Segev WITHOUT PREJUDICE.

Dated: August 2, 2017,

>                          */s/ Cullin O'Brien*
>                          CULLIN O'BRIEN
>                          CULLIN O'BRIEN LAW, P.A.
>                          CULLIN O'BRIEN
>                          Florida Bar No. 0597341
>                          cullin@cullinobrienlaw.com
>                          6541 NE 21st Way
>                          Ft. Lauderdale, FL 33308
>                          Telephone: (561) 676-6370
>                          Fax: (561) 320-0285

- 1 -

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON
ron@consumersadvocates.com
MICHAEL HOUCHIN
mike@consumersadvocates.com
651 Arroyo Drive
San Diego, CA 92103
Telephone:     (619) 696-9006
Facsimile:      (619) 564-6665

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 2nd, day of August 2017, electronically filed the forgoing with the Clerk of the Court using CM/ECF system, which automatically sends an electronic notifications to all counsel of record and other CM/ECF participants.

/*s/Cullin O'Brien*  
CULLIN O'BRIEN